# *Valli Kane & Vagnini*
### Employee Rights Attorneys

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024

600
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

May 7, 2024

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 27. The Clerk of Court is further directed to maintain ECF No. 25 under seal. SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: May 13, 2024

Re: **_Campbell, et al. v. City of New York_, No. 1:24-cv-02575-JHR**
**Request to Seal Document #25 Per SDNY ECF Rule 21.7**

Dear Judge Rearden:

We represent the plaintiffs in the above-mentioned case. On May 3, 2024, we filed Document 25, a "Consent to Join Collective Action" form for an opt-in plaintiff. The document as filed contains three pages. Page one contains the opt-in plaintiff's dated signature. Pages two and three of Document 25 were filed in error and contain information that may be sensitive or confidential.

On May 6, 2024, we discovered the error described above. Per SDNY ECF Rule 21.7, we promptly notified the ECF Help Desk about the issue. They confirmed that Document 25 has been placed under temporary seal. We now write to request, also pursuant to SDNY ECF Rule 21.7, that Document 25 be formally sealed by the Court. We will then correct the filing by filing only page one of the document. We have conferred with opposing counsel about this issue. They consented to our request to seal Document 25.

[Intentionally Left Blank]

We appreciate Your Honor's understanding and assistance with this matter.

          Respectfully submitted,

*/s/ Brendan Carman*
Brendan Carman, Esq.
bcarman@vkv.law
**Valli Kane & Vagnini LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530

*Attorneys for Plaintiffs*

TO: Via ECF
    All Parties of Record