


# Valli Kane & Vagnini
### Employee Rights Attorneys

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: (516) 203-7180  
Fax: (516) 706-0248  
www.vkvlawyers.com

March 14, 2025

**VIA ECF**

Hon. Jennifer H. Rearden  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1010  
New York, NY 10007

3/15/2025  
The joint request is granted. This order supersedes Dkt. 86.

SO ORDERED.

Re: *Campbell et al. v. The City University of New York*, 1:24-cv-02575 (JHR) (RWL)

**Amended Joint Request for Conditional Certification of Two Collectives and Approval of Proposed Notice**

Dear Judge Rearden:

On February 13, 2025, Plaintiffs filed an Amended Motion for Conditional Certification of Two Collectives (the "Motion"). *See* Dkt. 79-81. The Motion requested that Defendant be ordered to supply Plaintiffs' counsel with contact information for all putative collective members within 14 days of Preliminary Approval. Dkt. 81 at 17. The Motion also proposed a Notice and a Reminder Notice to be sent to the purported collective members. Dkt. 80-17, 80-18.

After the Motion was filed, Defendant's counsel indicated that Defendant would not oppose Plaintiffs' motion if the parties could agree upon the terms of the Notice and Reminder Notice (the "Notices"). So, the parties engaged in good-faith negotiations regarding the language of the Notices and agreed upon the Notices attached to this letter motion as Exhibits 1 and 2. Defendant's counsel also requested that Defendant have 30 days to provide the putative collective members' contact information, instead of 14 days. Plaintiffs' counsel consented to this request.

Accordingly, the parties jointly request that:

- The Court conditionally certifies the proposed collectives as defined in Docket 81 at 1, 2.

- The Court approve the proposed Notices, attached here as Exhibits 1 and 3. Redlines showing the differences from the previously submitted Notices are attached as Exhibits 2 and 4.

- The Court permit Plaintiffs' counsel to hire Settlement Services, Inc. ("SSI"), a third-party class action administration company, to mail and email the Notices and conduct skip traces if necessary. Plaintiffs' counsel will oversee and pay SSI's fees and costs, subject to reimbursement if Plaintiffs ultimately prevail.

- The Court order Defendant to provide Plaintiffs' counsel within 30 days of Preliminary Approval a computer-readable file with the following information for all putative collective members: names, last known mailing addresses, alternate addresses, all known email addresses (work and personal), and dates of employment for all putative collective members employed since three years before the date the Court grants this motion.

- In light of the case, *Calliste, et al v. CUNY*, Case No. 1:24-CV-04016 (JHR) (RWL), which has been consolidated with the *Campbell* case for discovery purposes only, all parties in both cases have agreed that the *Calliste* Plaintiffs are to be excluded from receiving the Notice to join the *Campbell* case. Therefore, Counsel for the *Calliste* Plaintiffs shall provide a list of *Calliste* Plaintiffs to Defense Counsel and *Campbell* Counsel within 5 business days of the Court's approval of the Notice. Defense Counsel shall exclude all *Calliste* Plaintiffs from the list of all putative collective members to be submitted to Campbell Counsel within 30 days of the Court's Preliminary Approval of the Notice and no contact information for the *Calliste* Plaintiffs shall be shared with *Campbell* Counsel nor with Settlement Services, Inc. ("SSI") in connection with mailing of the Notice.

Dated: Garden City, New York

March 14, 2025

Respectfully submitted,

*/s/ Robert J. Valli, Jr.*

**Valli Kane & Vagnini LLP**
Robert J. Valli, Jr.
Sara Wyn Kane
Matthew Berman
Brendan Carman
600 Old Country Road, Ste. 519
Garden City, New York 11530
(516) 203-7180 (phone)
(516) 706-0248 (fax)
rvalli@vkv.law
skane@vkv.law
mberman@vkv.law
bcarman@vkv.law

**Mehri & Skalet PLLC**

Michael D. Lieder (*pro hac vice*)

Jane Kim (*pro hac vice*)
Mehri & Skalet, PLLC
2000 K. Street, NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
mlieder@findjustice.com
jkim@findjustice.com