> Granted. The conference will be rescheduled.
>
> SO ORDERED:
>
> 11/5/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE



| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>RENAISSANCE PLAZA<br>TORT DIVISION<br>350 JAY STREET<br>BROOKLYN, NY 11201-2908 | **SONYA GIDUMAL-CHAZIN**<br>Phone: (212) 356-0890<br>schazin@law.nyc.gov |

November 5, 2025

**VIA ECF**
The Hon. Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Campbell, et al. v. City of New York and City University of New York*, Case No. 1:24-cv-02575 (JHR) (RWL)

Dear Judge Lehrburger,

    I represent the defendants in the above-captioned matter of *Campbell, et al. v. City of New York and City University of New York*, Case No. 1:24-cv-02575 (JHR) (RWL). I write with Plaintiffs' counsels consent to respectfully request that the status conference currently scheduled for November 6, 2025 at 9:30 am be adjourned to November 13, 2025 at 9:30 am, or any other date and time which is amenable to the Court. I have a conflict which prevents me from attending the status conference as currently scheduled.

    The Parties continue to work cooperatively to collect the data necessary to have fruitful settlement discussions.

    Thank you for your consideration of the foregoing.

    Respectfully submitted,

    /s/_____
    Sonya Gidumal-Chazin
    Senior Counsel

cc: Counsel of Record