The request to adjourn the May 5, 2026 conference is granted.   The Court will reschedule for a date in mid-June or later.

SO ORDERED:

4/29/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**NIKHIL A. PANDEY**
*Assistant Corporation Counsel*
Phone:  (212) 356-2470
Fax:  (212) 356-1148
E-mail:  npandey@law.nyc.gov

April 28, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re:    *Campbell, et al. v. City University of New York*
1:24 CV 02575 (JHR) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorneys for Defendant representing the City University of New York in the above-captioned proceeding. Defendant respectfully requests an adjournment of the Settlement Conference currently scheduled for May 5, 2026, to June 16, 2026. Plaintiffs do not object to this request.

The Defendant has produced the relevant pay and timekeeping records for all campuses, Plaintiffs were able to develop a damages model and provided Defendant with a settlement demand, with the underlying calculations, on April 15, 2026. Defendant has submitted the offer and underlying damages model to their expert, and Plaintiffs' settlement demand is under  evaluation for purposes of making a counter offer. All relevant materials will be submitted to the Office of the Comptroller for consideration shortly. In full disclosure, it remains uncertain whether settlement authority will be granted by June 16, 2026.  Once authority is received, however, it is likely that parties may be able to settle this matter without a need for a mediation.   In light of the foregoing, the parties respectfully request an adjournment of the Settlement Conference from May 5, 2026, to June 16, 2026.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Nikhil A. Pandey*
Nikhil A. Pandey
Assistant Corporation Counsel

cc:    Counsel of Record (By ECF)