Request granted. The conference will be rescheduled.

SO ORDERED:

7/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**NIKHIL A. PANDEY**
*Assistant Corporation Counsel*
Telephone: (212) 356-2470
E-mail: npandey@law.nyc.gov

July 22, 2026

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Campbell, et al. v. City of New York et al.*
1:24-CV-02575 (JHR) (RWL)

Dear Magistrate Judge Lehrburger:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned matter.

In accordance with Paragraph I.D. of Your Honor's Individual Practices in Civil Cases, I write to respectfully request an adjournment of the Status Conference currently scheduled for July 24, 2026, at 2:00 pm, to August 24, 2026, or to another date and time that is convenient for the Court. Plaintiffs consent to the request, and this is the first request for an adjournment.

The reason for the requested adjournment is that the undersigned has an unexpected personal conflict, which requires him to travel out of state on Friday morning.

Thank you for considering this request.

Respectfully submitted,

Nikhil A. Pandey
Assistant Corporation Counsel

cc: All parties via ECF