**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIE CAMPBELL, et al.,<br>Plaintiffs,<br>v.<br>CITY OF NEW YORK,<br>Defendant. | Case No. 1:24-cv-02575-JHR-RWL |

**STIPULATION AND ORDER CONCERNING DELIVERY OF PROTECTED INFORMATION TO FACILITATE SETTLEMENT DISCUSSIONS**

This Stipulation is made as of the 27th day of August, 2026, by and between Marie Campbell *et al.*, plaintiffs ("Plaintiffs") in the case of *Campbell, et al. v. City of New York et al.*, Case No. 1:24-CV-02575 (JHR) (RWL) (the "Action"), in the Southern District of New York, and the City of New York (the "City"), through their undersigned counsel.

WHEREAS, the parties are in the process of exchanging information in preparation for settlement negotiations; and

WHEREAS, the City has requested Plaintiffs to produce time and expense records in the Action to be reviewed by the Office of the New York City Comptroller (the "Comptroller"); and

WHEREAS, the time records of counsel for Plaintiffs in the Action may reveal information arguably protected by attorney-client privilege or attorney work product protections ("Protected Information"); and

WHEREAS, it would be time-consuming for Plaintiffs to redact the Protected Information and redactions would make the records less informative to the Comptroller;

NOW THEREFORE, the parties agree as follows:

1. Plaintiffs may deliver to the City counsel's time and expense records in the Action without redacting any or all of the Protected Information. The City will limit review or disclosure of the records containing the Protected Information to appropriate employees, including the City's counsel in this Action and the Comptroller.

2. The disclosure of the Protected Information shall not waive Plaintiffs' or their counsel's attorney-client privilege or attorney work product protection except to the limited extent described below. This non-waiver will apply both to the Protected Information and to any contention that the limited disclosure of the Protected Information waives attorney-client privilege or attorney work-product protection for any other protected information.

3. Subject to the last sentence of this paragraph, the City shall not reveal the Protected Information in this Action, in any other matter in state or federal court or before any other tribunal, or in any other way to any person or the general public, without the prior written consent of Plaintiffs. It also may not argue that the limited disclosure contemplated by this Stipulation waives attorney-client privilege or attorney work product protection as to any other information in this Action or any other matter in state or federal court or before any other tribunal. Notwithstanding the two sentences above, (a) the City may reveal or disclose the Protected Information to CUNY's lawyers working with the City's counsel in this matter only on an attorneys' eyes only basis, and (b) either party may reveal Protected Information to the Magistrate Judge in his role as mediator of the settlement negotiations.

4. This Stipulation also will govern any supplemental deliveries of time or expense records of Plaintiffs' counsel to the City in this Action unless the parties agree otherwise in writing.

5. This Stipulation is made pursuant to Fed. R. Evid. 502(d) if the Court enters the accompanying Order and pursuant to Fed. R. Evid. 502(e) if the Court does not enter it. The Protected Information and all other information in the records also are protected by the mediation privilege and by Fed. R. Evid. 408.

SO STIPULATED AND AGREED:

STEVEN BANKS
*Corporation Counsel of the*
*City of New York*
Attorney for Defendant
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-2470
npandey@law.nyc.gov

By: ______________________
Nikhil Pandey
Assistant Corporation Counsel

______________________
VALLI KANE & VAGNINI LLP
Robert J. Valli, Jr.
Sara Wyn Kane
Matthew Berman
Brendan Carman
600 Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180
rvalli@vkv.law
skane@vkv.law
mberman@vkv.law
bcarman@vkv.law

MEHRI & SKALET PLLC
Michael D. Lieder (*pro hac vice*)
2000 K. Street, NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
mlieder@findjustice.com

Attorneys for Plaintiffs

SO ORDERED:

9/18/2026 ______________________

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE